ALTHEA HORR, Respondent, *v.* THE ROME, WATERTOWN AND OGDENSBURG RAILROAD COMPANY, Appellant.

(Submitted December 18, 1889; decided January 14, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made January 11, 1887, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Edmund B. Wynn* for appellant.

*W. F. Porter* for respondent.

Agree to affirm ; no opinion.
All concur except FOLLETT, Ch. J.. not sitting, and HAIGHT, J., not voting.
Judgment affirmed.